Minnie Topal, Administrator of the Estate of Norbert Schramm, Deceased, and Conservator of the Estate of Joseph Schramm, an Incompetent, Plaintiff, v. Mike Bequette, Defendant.

Gen. No. 64–F–13. 

Fifth District.

February 26, 1964.

Vasileff and Matoesian, Nick D. Vasileff, of Madison, for appellant; Arthur F. Wendler, of Troy, for appellee. Opinion by JUSTICE WRIGHT. Not to be published in full.